SEALED

FILED
JAN 0 8 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR CRIMINAL COMPLAINT AND ARREST WARRANTS | Case No. 2:13-MJ-0006<br><br>ORDER TO SEAL |

The Court hereby orders that the Criminal Complaint, Arrest Warrants, Affidavit of FBI Special Agent Torres, the Request of Assistant U.S. Attorney Todd D. Leras to Seal the documents, and this Order, in the above-referenced matter, shall be sealed until further order of this Court.

DATED: January 8, 2013

_____
ALLISON CLAIRE
United States Magistrate Judge