**SEALED**

**FILED**

JAN 0 8 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SEALED ) | 2:13-MJ-0006  |
| ) | **ORDER** |
| ) |  |

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until further order of the Court.

DATED: January 8, 2013

_____
ALLISON CLAIRE
United States Magistrate Judge

3