```
 1   JOSEPH SCHLESINGER, Bar #87692
     Acting Federal Defender
 2   BENJAMIN D. GALLOWAY, Bar #214897
     Assistant Federal Defender
 3   Designated Counsel for Service
     801 I Street, 3rd Floor
 4   Sacramento, California 95814
     Telephone: (916) 498-5700
 5
     Attorney for Defendant
 6   CURTIS SANDERS
```

7

8                IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, | )   NO. 13-mj-00006-AC |
| | | ) |
| 12 | Plaintiff, | )   **STIPULATION TO EXTEND DATE FOR** |
| | | )   **PRELIMINARY HEARING; ORDER** |
| 13 | v. | )   **EXTENDING TIME** |
| | | ) |
| 14 | CURTIS SANDERS, et al | ) |
| | | )   DATE:    March 7, 2013 |
| 15 | Defendants. | )   TIME:    2:00 p.m. |
| | | )   JUDGE:  Hon. Carolyn K. Delaney |
| 16 | _____ | ) |

17

18        IT IS HEREBY STIPULATED by and between the parties hereto through

19   their respective counsel, TODD LERAS, Assistant United States Attorney,

20   attorney for Plaintiff, BENJAMIN D. GALLOWAY, Assistant Federal

21   Defender, attorney for Defendant CURTIS SANDERS, and OLAF HEDBERG,

22   attorney for Defendant FREDERICK EDWARDS, that the preliminary hearing

23   presently set for February 21, 2013 shall be vacated and a new date for

24   preliminary hearing shall be March 7, 2013 at 2:00 p.m.

25        The parties further agree, pursuant to Fed.R.Crim.Pro.5.1(c) and

26   (d), that this court should make a finding of good cause for the

27   extension and that in fact good cause is hereby shown.  Defense counsel

28   and the government have not had sufficient time to (1) finalize

1   necessary preparation for indictment, and (2) prepare for the
2   preliminary hearing, and (3) finalize negotiations with the defendants
3   and defense counsel about potential settlement of the case.

4        The parties submit that the ends of justice are served by the
5   Court excluding such time, so that they may have reasonable time
6   necessary for effective preparation, taking into account the exercise
7   of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The parties
8   stipulate that the interest of justice outweighs the interest of the
9   public and the defendants in a speedy filing of an indictment or
10  information, 18 U.S.C. §§ 3161(b),(h)(7)(A), and further that this good
11  cause outweighs the public's interest in the prompt disposition of
12  criminal cases.  Fed. R. Crim. P. 5.1(d).

13       All parties request the date of March 7, 2013 for the preliminary
14  hearing in this case.  The request for extending the date for
15  preliminary hearing is at the specific request of the defendants and
16  with the knowing and voluntary waiver of their Speedy Preliminary
17  Hearing rights under the law. Good cause is thereby shown.

18       AGREED:

19  DATED: February 19, 2013          JOSEPH SCHLESINGER
                                      Acting Federal Defender
20
                                      /s/ Benjamin Galloway
21                                    BENJAMIN GALLOWAY
                                      Assistant Federal Defender
22                                    Attorney for Defendant Sanders

23

24  DATED: February 19, 2013          /s/ Benjamin Galloway for
                                      OLAF HEDBERG
25                                    Attorney at Law
                                      Attorney for Defendant Edwards
26

27

28  / / /

2

DATED: February 19, 2013            BENJAMIN WAGNER
                                    United States Attorney

                                    /s/ Benjamin Galloway for
                                    TODD LERAS
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


                            **O R D E R**

    **GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED.** The
date for preliminary hearing in this matter is hereby re-set for March
7, 2013, at 2:00 p.m.

DATED: February 20, 2013




_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE