JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CURTIS SANDERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 13-mj-00006-AC |
|---|---|
| Plaintiff, | ) **STIPULATION TO EXTEND DATE FOR** |
| | ) **PRELIMINARY HEARING; ORDER** |
| v. | ) **EXTENDING TIME** |
| CURTIS SANDERS, et al | ) |
| | ) DATE: March 22, 2013 |
| Defendants. | ) TIME: 2:00 p.m. |
| | ) JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, TODD LERAS, Assistant United States Attorney, attorney for Plaintiff, BENJAMIN D. GALLOWAY, Assistant Federal Defender, attorney for Defendant CURTIS SANDERS, and OLAF HEDBERG, attorney for Defendant FREDERICK EDWARDS, that the preliminary hearing presently set for March 7, 2013 shall be vacated and a new date for preliminary hearing shall be March 22, 2013 at 2:00 p.m.

The parties further agree, pursuant to Fed.R.Crim.Pro.5.1(c) and (d), that this court should make a finding of good cause for the extension and that in fact good cause is hereby shown.  Defense counsel and the government have not had sufficient time to (1) finalize

1  necessary preparation for indictment, and (2) prepare for the
2  preliminary hearing, and (3) finalize negotiations with the defendants
3  and defense counsel about potential settlement of the case.
4      The parties submit that the ends of justice are served by the
5  Court excluding such time, so that they may have reasonable time
6  necessary for effective preparation, taking into account the exercise
7  of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The parties
8  stipulate that the interest of justice outweighs the interest of the
9  public and the defendants in a speedy filing of an indictment or
10 information, 18 U.S.C. §§ 3161(b),(h)(7)(A), and further that this good
11 cause outweighs the public's interest in the prompt disposition of
12 criminal cases.  Fed. R. Crim. P. 5.1(d).
13     All parties request the date of March 22, 2013 for the preliminary
14 hearing in this case.  The request for extending the date for
15 preliminary hearing is at the specific request of the defendants and
16 with the knowing and voluntary waiver of their Speedy Preliminary
17 Hearing rights under the law. Good cause is thereby shown.
18     AGREED:
19 DATED: March 1, 2013                JOSEPH SCHLESINGER
                                       Acting Federal Defender
20
                                       /s/ Benjamin Galloway
21                                     BENJAMIN GALLOWAY
                                       Assistant Federal Defender
22                                     Attorney for Defendant Sanders
23
24 DATED: March 1, 2013                /s/ Benjamin Galloway for
                                       OLAF HEDBERG
25                                     Attorney at Law
                                       Attorney for Defendant Edwards
26
27
28 / / /

2

DATED: March 1, 2013                    BENJAMIN WAGNER
                                        United States Attorney

                                        /s/ Benjamin Galloway for
                                        TODD LERAS
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

## O R D E R

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED.** The date for preliminary hearing in this matter is hereby re-set for March 22, 2013 at 2:00 p.m.

Dated: March 4, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE