1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2918

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    )  Mag. 13-mj-006 AC
12          Plaintiff,              )
                                    )  STIPULATION AND
13      v.                          )  ORDER CONTINUING PRELIMINARY
                                    )  HEARING
14 CURTIS DANE SANDERS, and         )
15 and FREDERICK EDWARDS,           )
                                    )
16          Defendants.             )
   _____ )

17

18      IT IS HEREBY STIPULATED between Plaintiff United States of

19 America, by and through Assistant United States Attorney Todd D.

20 Leras, and Attorney Michael D. Long, Counsel for Curtis Dane

21 Sanders, and Attorney Olaf Hedberg, Counsel for Defendant

22 Frederick Edwards, that the preliminary hearing scheduled for

23 July 1, 2013, be continued to July 30, 2013, at 2:00 p.m.

24      Defense counsel and government counsel have been working

25 toward pre-indictment resolution of this matter.  That process

26 includes the exchange of information and investigation related

27 to, among other things, the criminal histories of both defendants

28 (including the relevant facts of prior drug convictions to

                                    1

1  determine whether or not they provide the basis for enhanced

2  sentencing), and the relevant estimated guideline calculations

3  applicable to each defendant.

4      On June 20, 2013, the United States Supreme Court issued its

5  decision in <u>Descamps v. United States</u>, 2013 WL 3064407.  <u>Descamps</u>

6  deals directly with determining the circumstances under which a

7  sentencing court can determine whether a violent crime or drug-

8  related conviction can serve to enhance a defendant's sentence.

9  The <u>Descamps</u> decision sets forth a more narrow test than the

10 modified categorical approach previously approved under Ninth

11 Circuit authority.  In light of the <u>Descamps</u> decision, the

12 parties need additional time to obtain and exchange information

13 related to disputed prior convictions in this case.

14     Defense counsel and government counsel believe that this

15 exchange of information is beneficial to a potential expedited

16 resolution of charging and sentencing issues presented in the

17 case.  In light of the settlement discussions, the recent

18 <u>Descamps</u> decision, and the need to conduct additional

19 investigation, all parties are requesting additional time for

20 attorney preparation.

21     The government and the defendants agree that the combination

22 of settlement discussions and additional investigation constitute

23 good cause to extend the time for preliminary hearing under

24 Federal Rule of Criminal Procedure 5.1(d), as well as under the

25 Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv).  This exclusion

26 of time includes the period up to and including July 30, 2013.

27 / / /

28

1    Michael Long and Olaf Hedberg agree to this request and have

2    authorized Assistant United States Attorney Todd D. Leras to sign

3    this stipulation on their behalf.

4

5    DATED: June 28, 2013            By:  /s/ Todd D. Leras
                                          TODD D. LERAS
6                                         Assistant U.S. Attorney

7    DATED: June 28, 2013            By:  /s/ Todd D. Leras for
                                          MICHAEL D. LONG
8                                         Attorney for Defendant
                                          CURTIS SANDERS
9

10   DATED: June 28, 2013            By:  /s/ Todd D. Leras for
                                          OLAF HEDBERG
11                                        Attorney for Defendant
                                          FREDERICK EDWARDS
12

13

14        **IT IS HEREBY ORDERED**:

15        1.    The preliminary hearing set for July 1, 2013, is

16   continued to July 30, 2013, at 2:00 p.m.

17        2.    Based on the stipulations and representations of the

18   parties, the Court finds good cause to extend the time for the

19   preliminary hearing, and time is excluded up to and including

20   July 30, 2013. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4

21   (reasonable time to prepare)).  The Court further finds, based on

22   the representation of the parties, that the ends of justice

23   served in granting the continuance outweigh the best interest of

24   the Defendants and the public in a speedy jury trial.

25   ////

26   ////

27   ////

28

1       IT IS SO ORDERED.

2   Date: July 1, 2013

3

4

5

6                                    KENDALL J. NEWMAN
                                     UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28