

FILED

AUG 2 9 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

1   MICHAEL D. LONG  (CA State Bar #149475)
2   901 H Street, Suite 301
    Sacramento, CA 95814
3   (916) 447-1920
    Mike.Long.Law@msn.com
4
5   Attorney for CURTIS SANDERS

6               IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF CALIFORNIA
7

8   THE UNITED STATES OF AMERICA,       ) No. 13-mj-00006-AC
                        Plaintiff,      )
9                                       ) STIPULATION AND [PROPOSED]
         v.                             ) ORDER TO PRELIMINARY
10                                      ) HEARING
    CURTIS SANDERS and                  ) Date: 8-30-13
11  FREDERICK EDWARDS,                  ) Time: 2:00 p.m.
                        Defendants.     ) Judge: Hon. Edward F. Brennan
12  ================================)

13
14      It is hereby stipulated between the parties, Todd Leras, Assistant United States Attorney,

15  Michael D. Long, attorney for defendant CURTIS SANDERS, and Olaf Hedberg, attorney for

16  defendant FREDERICK EDWARDS, that the preliminary hearing set for August 16, 2013, at 2:00

17  p.m. should be vacated and re-set for August 30, 2013, at 2:00 p.m.

18      The parties further agree, pursuant to Fed.R.Crim.Pro.5.1(c) and (d), that this court should

19  make a finding of good cause for the extension and that in fact good cause is hereby shown.  Both

20  defense counsel and the government have not had sufficient time to (1) finalize necessary

21  preparation for the indictment and (2) prepare for the preliminary hearing, and (3) finalize

22  negotiations between the government and both defense counsel concerning the goal of settling this

23  case prior to indictment, including determining the criminal history calculations of the defendants.

24      Each party further stipulates that the ends of justice served by granting such continuance

25  outweigh the best interests of the public and of all the defendants in a speedy filing of an indictment

26  or information and also outweighs the public's interest in the prompt disposition of criminal cases.

27

28

                                -1-

1  Each party would like time to be excluded as provided by Local Code T4 from today's date through

2  August 30, 2013, for the effective preparation of all counsel, taking in to account due diligence. 18

3  U.S.C. section 3161(b)(7)(B)(iv).

4  

5  All parties request the date of August 30, 2013 for the preliminary hearing. The request for

6  extending the date for the preliminary hearing is at the specific request of the defendants and with

7  the knowing and intelligent and voluntary waiver of their speedy preliminary hearing rights under

8  the law. Good cause is hereby shown.

9  Dated: August 14, 2013                          Respectfully submitted,

10 

11                                                  /s/ Michael D. Long
                                                    MICHAEL D. LONG
12                                                  Attorney for Curtis Sanders

13 Dated: August 14, 2013

14                                                  /s/ Olaf Hedberg
15                                                  OLAF HEDBERG
                                                    Attorney for Frederick Edwards
16 

17 Dated: August 14, 2013                          BENJAMIN WAGNER
                                                    United States Attorney
18 

19                                                  /s/ Todd Leras
                                                    TODD LERAS
20                                                  Assistant U.S. Attorney
                        ORDER
21 

22 **GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED.**

23 The date for the preliminary hearing in this matter is hereby re-set for August 30, 2013, at 2:00 p.m.,

   before Magistrate Judge Edward F. Brennan.
24 

25 Dated: August **29**, 2013

                                                    DALE A. DROZD
26                                                  United States Magistrate Judge

27 

28 

-2-