IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT COURT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                    Cr. No. S-13-312 KJM

vs.

CURTIS SANDERS,

        Defendant.                  <u>ORDER</u>

_____/

        On March 16, 2014, Michael Long, appointed counsel for defendant Sanders, filed a notice asking the court to appoint a second attorney under the Criminal Justice Act, 18 U.S.C. § 3006A, to provide a "second opinion" for his client. ECF No. 60. Counsel cites no authority and provides no other detail.

        Citing to Section 2.11 of Chapter 7 of the Guide to Judiciary Policies and Procedures, a court from the District of Massachusetts, has said that a court can appoint additional counsel in an "extremely difficult" case or may authorize appointed counsel to associate another attorney, to be paid as part of the appointed counsel's claim, only when "there is a specific need which the CJA attorney himself is unable to meet." *United States v. Alves*, 317 F. Supp. 2d 65, 66-68 (D. Mass. 2004). Counsel in this case has not shown this case is extremely difficult or that he is unable to meet a specific need of defendant's. The request is denied without prejudice.

        IT IS SO ORDERED.

DATED: April 8, 2014.

                                            _____
                                            UNITED STATES DISTRICT JUDGE