UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CURTIS DANE SANDERS,<br><br>Defendant. | No. 2:13-cr-0312-KJM<br><br><br><br>ORDER |

Defendant Sanders asks this court to order the federal government to return to him $2,090 in cash that was seized during his November 26, 2012 arrest. Mot., ECF No. 128. The United States opposes. Opp'n, ECF No. 130. Sanders did not file a reply.

"A person aggrieved by . . . the deprivation of property may move for the property's return." Fed. R. Crim. P. 41(g). But property cannot be returned under this provision if federal authorities never possessed or controlled it. *United States v. Marshall*, 338 F.3d 990, 995 (9th Cir. 2003) (federal government cannot be forced to return property it never possessed); *United States v. Soto*, No. 13-cr-00253-PJH, 2016 WL 5942313, at *2 (N.D. Cal, Oct. 13, 2016) (same).

Here, Sanders has filed no evidence showing the federal government ever possessed the funds he now seeks to have returned. The United States presents evidence to the

1

contrary. *See* Opp'n Exs. 1-4. Specifically, the factual basis attached to Sanders's plea agreement states, "Sanders had $2,090 cash in his pockets" when he was arrested by local, not federal, law enforcement. Plea Agmt., Ex. A, ECF No. 71 at 12. Sanders would have sworn the factual basis was true at the time he changed his plea to guilty. ECF No. 68 (minutes). A day after the arrest, Dixon Police Officer J. Strickland "attempted to serve Sanders with the Asset Forfeiture paperwork at the Solano County Jail" but Sanders "refused to meet with [Strickland]." *See* Strickland Narrative, ECF No. 130-2 at 1. Sanders never claimed the property, so on July 1, 2013, those funds were declared "forfeited." Forfeiture Notice, ECF No. 130-4 (signed by Deputy District Attorney Jackson Harris).

Because there is no evidence before the court showing the federal government ever possessed or controlled the funds at issue, nor that federal authorities were involved in his arrest, the court DENIES this motion. This order resolves ECF No. 128.

IT IS SO ORDERED.

DATED: April 24, 2018.

_____
UNITED STATES DISTRICT JUDGE