IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CURTIS DANE SANDERS,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:13-CR-00312-KJM<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

　　　　Pursuant to Local Rule 141(b) and based upon the representation contained in plaintiff's Request to Seal, ECF No. 135, the court GRANTS the government's request to seal Exhibit 2 to its opposition to defendant's motion for reduction in sentence, ECF No. 134.

　　　　The court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The court finds that, for the reasons stated in the government's request, Exhibit 2 serves a compelling interest.  The court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed.  In light of the public filing of its request to seal, the court further finds that there are no additional alternatives to sealing the government's Exhibit 2 that would adequately protect the compelling interests identified by the government.

The court directs the clerk of court to file Ex. 2 submitted to the court under seal on the docket.

This order resolves, ECF No. 135.

DATED: June 23, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE