1 McGREGOR W. SCOTT
United States Attorney
2 JASON HITT
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900

6 Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00312-KJM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |
| v. | |
| CURTIS DALE SANDERS, | |
| Defendant. | |

**STIPULATION**

1. Defendant Curtis Sanders filed a supplemental motion for reduction in sentence and compassionate release on August 26, 2020. Docket No. 142. The Court ordered the government to respond 30 days after the supplemental motion was filed. The government's response was due September 16, 2020. Docket No. 141.

Counsel for the defendant does not oppose this request.

2. The Government desires additional time for briefing on defendant's supplemental motion. Accordingly, by this stipulation, the parties now move that:

The government's opposition or response to defendant's supplemental motion, Docket No. 142, be due on September 23, 2020.

IT IS SO STIPULATED.

                                                McGREGOR W. SCOTT
                                                United States Attorney

Dated: September 18, 2020

                                                */s/ Jason Hitt*
                                                JASON HITT
                                                Assistant United States Attorney

Dated: September 18, 2020            */s/ Rachelle Barbour*
                                                RACHELLE BARBOUR
                                                Counsel for Defendant Curtis Sanders

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

The government's opposition or response to defendant's supplemental motion, Docket No. 142, is due on September 23, 2020.

IT IS SO ORDERED.

DATED: September 22, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE