HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
MEGAN T. HOPKINS, CA SBN #294141
Assistant Federal Defender
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CURTIS DANE SANDERS

**FILED**
Aug 26, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>CURTIS DANE SANDERS,<br><br>*Defendant.* | Case No.  2:13-cr-00312-001 KJM<br><br>**ORDER FOR RELEASE** |

CURTIS DANE SANDERS is hereby released to the custody of the Office of the Federal Defender/a representative thereof or, alternatively, Kristy Baker. Release is to be delayed until 8:00 a.m. on Friday, August 27, 2021. Upon release, Mr. Sanders shall be transported by a representative of the Office of the Federal Defender or Ms. Baker directly to the WellSpace Residential Treatment Program for intake and admission.

It is FURTHER ORDERED that the defendant shall reside and participate in an inpatient correctional treatment program to obtain assistance for drug and/or alcohol abuse, for a period of up to 90 days, and up to 10 additional days for substance abuse detoxification services if deemed necessary.

/ / /

All other conditions of supervised release remain in full force and effect.

Dated: August 26, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Sanders – Order for Release -2-