XUNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 26, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 13-cr-312-KJM |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| CURTIS DANE SANDERS, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>CURTIS DANE SANDERS</u>, Case No. <u>13-cr-312-KJM</u> Charge <u>18 USC § 3582</u>, from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

\_\_\_\_\_ Unsecured Appearance Bond $ _____

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

\_\_\_\_\_ (Other): <u>To Be Released at 8 AM on 8/27/2021 to the</u>

   X   <u>custody of Kristy Baker or a representative of the</u>

\_\_\_\_\_ <u>Federal Defender's Office</u>

Issued at Sacramento, California on August 26, 2021 at _2:43 pm__.

By:   /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney