HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
CURTIS DANE SANDERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CURTIS DANE SANDERS, <br><br> Defendant. | Case No.  2:13-cr-00312-KJM <br><br> STIPULATION TO MODIFY CONDITIONS OF SUPERVISED RELEASE;  ORDER <br><br> JUDGE: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that Mr. Sanders' conditions of supervised release may be modified to add the special condition that he participate in a program of location monitoring; using either radio frequency or global positioning system devices, following Mr. Sanders' completion of residential treatment.

The parties agree that the location monitoring program will provide the probation officer with greater tools to monitor Mr. Sanders, and will provide Mr. Sanders with an opportunity to demonstrate his commitment and compliance with supervised release conditions and candor with the probation officer.  Moreover, the parties agree that Mr. Sanders' participation in the location monitoring program is a necessary component of a jointly recommended disposition of the case, and believe that Mr. Sanders should commence the program immediately upon completion of residential treatment and prior to the dispositional hearing.

The parties propose the following standard language be added as a special condition of supervised release:

**Upon completion of residential treatment, the defendant shall be monitored for a period of up to eight (8) months, with location monitoring technology, which may include the use of radio frequency (RF) or Global Positioning System (GPS) devices, at the discretion of the probation officer. The defendant shall abide by all technology requirements and shall pay the costs of location monitoring based upon their ability to pay as directed by the probation officer.**

**In addition to other court-imposed conditions of release, the defendant's movement in the community shall be restricted as follows:**

**The defendant shall be restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer; (Home Detention).**

The parties and pretrial services officer agree that all other conditions of supervised release are appropriate and should remain in full force and effect.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED:  August 27, 2021         /s/ Alexis Nelsen
ALEXIS NELSEN
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


DATED: August 27, 2021         /s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
CURTIS DANE SANDERS

SANDERS: Stipulation and [Proposed]          -2-
Order to Modify Conditions of Supervised Release

**O R D E R**

**IT IS SO ORDERED** that the following Special Condition of Supervised Release be added:

    Upon completion of residential treatment, the defendant shall be monitored for a period of up to eight (8) months, with location monitoring technology, which may include the use of radio frequency (RF) or Global Positioning System (GPS) devices, at the discretion of the probation officer. The defendant shall abide by all technology requirements and shall pay the costs of location monitoring based upon their ability to pay as directed by the probation officer.

    In addition to other court-imposed conditions of release, the defendant's movement in the community shall be restricted as follows:

    The defendant shall be restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer; (Home Detention).

All other conditions of supervised release shall remain in full force and effect.

Dated: August 30, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

SANDERS: Stipulation and [Proposed]
Order to Modify Conditions of Supervised Release     -3-