HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
CURTIS DANE SANDERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No:  2:13-CR-0312-KJM |
|---|---|
| Plaintiff, | ) |
| vs. | ) SEALING ORDER |
| CURTIS DANE SANDERS, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that the Request to Seal Exhibits A and H to Mr. Sanders' Sentencing Memorandum be granted so that confidential medical and mental health information is not available on the public docket.

These documents shall remain under seal until further Order of the Court.

**IT IS SO ORDERED.**

DATED: December 8, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE